■ In the Matter of MICHAEL CANCILLA, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [17 NYS3d 375]—

Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 6, 2015.)

■ In the Matter of JOSHUA BLOCK, an Attorney, Resignor. [17 NYS3d 664]—

Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed Oct. 5, 2015.)